### BARTLETT *v.* LOWRY, sheriff.

HUTCHESON, Justice. Under the principles ruled by this court in *Kelly* v. *Mangum*, 145 *Ga.* 57 (88 S. E. 556), and *Hart* v. *Mangum*, 146 *Ga.* 497 (91 S. E. 543), as applied to the facts of the instant case, the court did not err in denying the writ of habeas corpus.

*Judgment affirmed. All the Justices concur.*

No. 11023. DECEMBER 12, 1935.

*J. Emmett Baird,* for plaintiff.

*John A. Boykin, solicitor-general, J. Walter LeCraw,* and *Quincey O. Arnold,* for defendant.